

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2019

No. 04-19-00091-CR

Michael **HALL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 562194
The Honorable Melissa Vara, Judge Presiding

# O R D E R

Appellant's brief was originally due on June 12, 2019. When neither appellant's brief nor a motion for extension of time was filed by this date, the clerk of this court notified appellant's attorney by letter that appellant's brief was late and asked appellant's attorney to respond to this court in writing. *See* TEX. R. APP. P. 38.8(b)(2). Appellant's attorney, Mr. Patrick Montgomery, failed to file a response. To date, appellant's brief has not been filed.

Therefore, pursuant to Texas Rule of Appellate Procedure 38.8(b)(2), we abate this case to the trial court and **ORDER** the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent?

> (a) If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

> (b) If the trial court finds that appellant is not indigent, the trial court should determine whether appellant has made the necessary arrangements for filing a brief.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant.

We **ORDER** the trial court to file its written findings of fact and conclusions of law with the trial court clerk on or before **August 21, 2019**. We **ORDER** the trial court clerk to file a supplemental clerk's record in this court no later than ten days after the trial court files its findings of facts and conclusions of law. We further **ORDER** the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, no later than twenty days after the date of the hearing.

All appellate deadlines are **ABATED** pending further orders from this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court